ROBBINS ARROYO LLP
BRIAN J. ROBBINS (SBN 190264)
brobbins@robbinsarroyo.com
ASHLEY R. RIFKIN (SBN 246602)
arifkin@robbinsarroyo.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff WENDUO GUO
and Proposed Co-Lead Counsel for Plaintiffs

[Additional Counsel on Signature Pages]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDUO GUO, Derivatively on Behalf of GOPRO, INC., | Case No. 4:18-cv-00920-CW |
| Plaintiff, | Judge Claudia Wilken |
| v. | |
| NICHOLAS WOODMAN, BRIAN MCGEE, ANTHONY BATES, EDWARD GILHULY, KENNETH GOLDMAN, PETER GOTCHER, ALEXANDER LURIE, MICHAEL MARKS, LAUREN ZALAZNICK, SUSAN LYNE, and RICK WELTS, | **STIPULATION TO CONSOLIDATE DERIVATIVE ACTIONS AND APPOINT CO-LEAD COUNSEL FOR PLAINTIFFS; AND ORDER THEREON** |
| Defendants, | |
| -and- | |
| GOPRO, INC., a Delaware corporation, | |
| Nominal Defendant. | |

[caption continued on next page]

| | |
|---|---|
| MARIO ROMERO, Derivatively on Behalf of GOPRO, INC., | Case No. 4:18-cv-01284-CW |
| Plaintiff, | Judge Claudia Wilken |
| v. | |
| NICHOLAS WOODMAN, BRIAN MCGEE, ANTHONY BATES, EDWARD GILHULY, KENNETH GOLDMAN, PETER GOTCHER, ALEXANDER LURIE, MICHAEL MARKS, LAUREN ZALAZNICK, SUSAN LYNE, and RICK WELTS, | |
| Defendants, | |
| -and- | |
| GOPRO, INC., a Delaware corporation, | |
| Nominal Defendant. | |

1  WHEREAS, there are presently two related stockholder derivative actions against certain of
2  the officers and directors of GoPro, Inc. ("GoPro") on file in this Court: (1) *Guo v. Woodman, et al.*,
3  Case No. 4:18-cv-00920-CW; and (2) *Romero v. Woodman, et al.*, Case No. 4:18-cv-01284-CW
4  (together, the "Derivative Actions");

5  WHEREAS, the Court entered orders dated March 15, 2018, relating the Derivative Actions;

6  WHEREAS, in an effort to assure consistent rulings and decisions and the avoidance of
7  unnecessary duplication of effort, counsel for the parties to the Derivative Actions currently on file
8  in this Court enter into this stipulation.  The counsel are: (1) Robbins Arroyo LLP on behalf of
9  plaintiff Wenduo Guo; (2) The Wagner Firm, Bragar Eagel & Squire, P.C., and Hynes Keller &
10 Hernandez, LLC on behalf of plaintiff Mario Romero (with plaintiff Guo, "Plaintiffs"); and (3)
11 Fenwick & West LLP on behalf of defendants Nicholas Woodman, Brian McGee, Anthony Bates,
12 Edward Gilhuly, Kenneth Goldman, Peter Gotcher, Alexander Lurie, Michael Marks, Lauren
13 Zalaznick, Susan Lyne, and Rick Welts, and nominal defendant GoPro (collectively, "Defendants");

14 WHEREAS, the parties have met and conferred and agree that, as the Derivative Actions
15 involve the same or substantially similar alleged issues of fact and law and have been related, they
16 should be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure (hereinafter
17 the "Consolidated Action") and that consolidation of the actions will promote judicial economy and
18 preserve both public and private resources;

19 WHEREAS, Plaintiffs and Defendants agree that it would be duplicative and wasteful of the
20 Court's resources for Defendants to have to respond to the individual, unconsolidated complaints in
21 any action consolidated into this Consolidated Action; and

22 WHEREAS, Defendants take no position of the selection of lead counsel for Plaintiffs in the
23 Consolidated Action but agree that the appointment of lead counsel facilitates orderly progress and
24 organization in the litigation of the Consolidated Action;

25 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and
26 Defendants, through their respective counsel of record, as follows:

27
28

1.      The following actions are hereby consolidated for all purposes, including pre-trial proceedings and trial:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Guo v. Woodman, et al.* | 4:18-cv-00920-CW | Feb. 13, 2018 |
| *Romero v. Woodman, et al.* | 4:18-cv-01284-CW | Feb. 27, 2018 |

2.      Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE GOPRO STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 4:18-cv-00920-CW (Consolidated with Case No. 4:18-cv-01284-CW) |
| This Document Relates To: | |

3.      The files of the Consolidated Action shall be maintained in one file under Master File No. 4:18-cv-00920-CW.

4.      Defendants are not required to respond to the individual, unconsolidated complaints in any action consolidated into this Consolidated Action.

5.      The parties shall meet and confer regarding a schedule for the case, including the filing of a consolidated or operative complaint and Defendants' response thereto.  Within thirty (30) days of entry of an order on this stipulation, the parties shall submit a proposed schedule to the Court.

6. Co-Lead Counsel for Plaintiffs for the conduct of the Consolidated Action are:

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
ASHLEY R. RIFKIN
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

and

HYNES KELLER & HERNANDEZ, LLC
MICHAEL J. HYNES
LIGAYA T. HERNANDEZ
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (484) 875-3116
Facsimile: (914) 752-3041

7. Plaintiffs' Co-Lead Counsel shall have sole authority to speak for Plaintiffs in matters regarding pre-trial procedure, trial, and settlement and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8. Plaintiffs' Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through Plaintiffs' Co-Lead Counsel.

9. Plaintiffs' Co-Lead Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. Plaintiffs' Co-Lead Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

10. Defendants' counsel may rely upon all agreements made with Plaintiffs' Co-Lead Counsel, or other duly authorized representative of Plaintiffs' Co-Lead Counsel, and such agreements shall be binding on all Plaintiffs.

1  11. This Order shall apply to any stockholder derivative action, arising out of the same
2  or substantially the same transactions or events as these cases, which is subsequently filed in,
3  remanded to or transferred to this Court.

4  12. When a stockholder derivative case which properly belongs as part of the *In re*
5  *GoPro Stockholder Derivative Litigation*, Lead Case No. 4:18-cv-00920-CW, is hereafter filed in
6  the Court or transferred here from another court, this Court requests the assistance of counsel in
7  calling to the attention of the clerk of the Court the filing or transfer of any case which might
8  properly be consolidated as part of the *In re GoPro Stockholder Derivative Litigation*, Lead Case
9  No. 4:18-cv-00920-CW, and Plaintiffs' Co-Lead Counsel are to assist in assuring that counsel in
10 subsequent actions receive notice of this Order.  All such related derivative actions that are
11 subsequently filed in, or transferred to, this District shall be consolidated into this action.

12 13. Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the parties agree that service by e-mail
13 transmission shall be permitted in addition to service via ECF notification.

14 14. Nothing herein shall be construed as effecting a waiver or concession by any of the
15 parties.  All parties preserve all of their claims and defenses.

16 **IT IS SO STIPULATED.**

17

18 Dated: April 5, 2018                                    ROBBINS ARROYO LLP
                                                          BRIAN J. ROBBINS
19                                                        ASHLEY R. RIFKIN

20                                                         *s/ Ashley R. Rifkin*
21                                                        Ashley R. Rifkin

22                                                        600 B Street, Suite 1900
                                                          San Diego, CA 92101
23                                                        Telephone: (619) 525-3990
                                                          Facsimile: (619) 525-3991
24                                                        brobbins@robbinsarroyo.com
25                                                        arifkin@robbinsarroyo.com

26                                                        *Proposed Co-Lead Counsel for Plaintiffs and*
27                                                        *Attorneys for Plaintiff Wenduo Guo*

28

- 6 -

| | |
|---|---|
| Dated: April 5, 2018 | THE WAGNER FIRM<br>AVI WAGNER (SBN 226688)<br><br>*s/ Avi Wagner*<br>Avi Wagner<br><br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 491-7949<br>Facsimile: (310) 694-3967<br>avi@thewagnerfirm.com<br><br>*Attorneys for Plaintiff Mario Romero*<br><br>BRAGAR EAGEL & SQUIRE, P.C.<br>LAWRENCE P. EAGEL<br>DAVID J. STONE<br>TODD H. HENDERSON<br>MELISSA A. FORTUNATO (SBN 319767)<br>885 Third Avenue, Suite 3040<br>New York, NY 10022<br>Telephone: (212) 308-5858<br>Facsimile: (212) 486-0462<br>eagel@bespc.com<br>stone@bespc.com<br>henderson@bespc.com<br>fortunato@bespc.com<br><br>*Attorneys for Plaintiff Mario Romero*<br><br>HYNES KELLER & HERNANDEZ, LLC<br>MICHAEL J. HYNES<br>LIGAYA T. HERNANDEZ<br>101 Lindenwood Drive, Suite 225<br>Malvern, PA 19355<br>Telephone: (484) 875-3116<br>Facsimile: (914) 752-3041<br>mhynes@hkh-lawfirm.com<br>lhernandez@hkh-lawfirm.com<br><br>*Proposed Co-Lead Counsel for Plaintiffs and Attorneys for Plaintiff Mario Romero* |
| Dated: April 5, 2018 | FENWICK & WEST LLP<br>SUSAN S. MUCK (SBN 126930)<br>CATHERINE D. KEVANE (SBN 215501) |

- 7 -

MARIE BAFUS (SBN 258417)
VINCENT BARREDO (SBN 275518)

*s/ Catherine D. Kevane*
Catherine D. Kevane

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350
smuck@fenwick.com
ckevane@fenwick.com
mbafus@fenwick.com
vbarredo@fenwick.com

*Attorneys for Defendants Nicholas Woodman, Brian McGee, Anthony Bates, Edward Gilhuly, Kenneth Goldman, Peter Gotcher, Alexander Lurie, Michael Marks, Lauren Zalaznick, Susan Lyne, Rick Welts, and nominal defendant GoPro, Inc.*

I, Ashley R. Rifkin, am the ECF User whose ID and password are being used to file this Stipulation to Consolidate Derivative Actions and Appoint Co-Lead Counsel; and [Proposed] Order Thereon. In compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*s/ Ashley R. Rifkin*
ASHLEY R. RIFKIN

**ORDER**

The Court approves and adopts the parties' stipulation except to the extent that it conflicts with the following order.

If any other case is subsequently filed in this Court or transferred or removed to this Court that relates to the same subject matter as this consolidated action within the meaning of Civil Local Rule 3-12(a), co-lead counsel for Plaintiffs in this consolidated action shall promptly serve a copy of this order on counsel for all known parties in the new case, and shall file an administrative motion to consider whether the cases should be related. Counsel also shall meet and confer and file a stipulation and proposed order or, if necessary, a motion to consolidate the new case.

This order shall apply to any future-filed case that is consolidated with this action, unless a party objecting to the consolidation of such case or to any other provision of this order files within fourteen days after service of this order an application for relief and the Court grants the application.

**IT IS SO ORDERED.**

DATED:   April 6, 2018

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE